# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

MARY BETH FLOWERS

**JUDGMENT IN A CIVIL CASE**

v.

MEMPHIS SLEEP LABS, INC.
d/b/a MID-SOUTH SLEEP
DISORDER CLINIC

CASE NUMBER:    04-1287-T/An

**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on    7/21/05, the defendant's motion for summary judgment is GRANTED and this cause is hereby DISMISSED.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

_____7/28/05_____        BY: _____C. Head_____
DATE                                            DEPUTY CLERK

This document entered on the docket sheet in compliance

with Rule 58 and/or 79(a) FRCP on _7/29/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 1:04-CV-01287 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

James S. Haywood
LAW OFFICES OF JAMES S. HAYWOOD, JR.
Brownsville, TN 38012

Latosha Mason Dexter
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT